UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KODIAK BLAINE, DOUGLAS DARKO, CHRISTOPHER FLOWER, REYNOLDS HERTEL, KAREN LAPPI, APRIL POSEY, TERRI SEARSDODD, EDWARD NELSON, JON L. WILLIAMS, EMILY HARO,<br><br>            Plaintiff,<br><br>vs.<br><br>BENEFIS HEALTH SYSTEM, BENEFIS HOSPITALS, INC., BENEFIS MEDICAL GROUP, KALISPELL REGIONAL MEDICAL CENTER, INC., MAGELLAN RESOURCE PARTNERS, DOES 1-50, MEDEQUITY CORPORATION,<br><br>            Defendant. | Case No. CV-21-092-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    <u>  X  </u>   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that defendants motion to dismiss for lack of standing is granted.

Dated this 24th day of May, 2022.

                          TYLER P. GILMAN, CLERK

                          By: /s/ Kelsey Hanning
                          Kelsey Hanning, Deputy Clerk