# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: CV-21-92-GF-BMM

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 08/23/2021

Date of judgment or order you are appealing: 05/24/2022

Docket entry number of judgment or order you are appealing: 57

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

KODIAK BLAINE, DOUGLAS DARKO, CHRISTOPHER FLOWER, REYNOLDS HERTEL, KAREN LAPPI, APRIL POSEY, TERRI SEARSDODD, EDWARD NELSON, JON L. WILLIAMS, and EMILY HARO, individually and on behalf of all others similarly situated

Is this a cross-appeal?   ○ Yes   ● No
If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ● No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:         State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Gregory G. Pinski    **Date** 06/21/2022

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Kodiak Blaine, Douglas Darko, Christopher Flower, Reynolds Hertel, Karen Lappi, April Posey, Terri Searsdodd, Edward Nelson, Jon L. Williams, and Emily Haro, individually and on behalf of all others similarly situated.

Name(s) of counsel (if any):

> Dennis P. Conner, Keith D. Marr, Gregory G. Pinski, J.R. Conner, CONNER, MARR & PINSKI; and Charles S. Lucero.

Address: P.O. Box 3028, Great Falls, MT 59403; and 625 2nd Ave No, #200, Gre

Telephone number(s): (406) 727-3550 and (406) 771-1146

Email(s): dennis@mttrials.com; keith@mttrials.com; greg@mttrials;com; jr@mtt

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Benefis Health System, Inc., Benefis Hospitals, Inc., and Benefis Medical Group, Inc.
> [Additional parties and counsel are on following page.]

Name(s) of counsel (if any):

> David M. McLean, McLEAN & ASSOCIATES, PLLC, and
> Charles E. Weir, MANATT, PHELPS & PHILLIPS, LLP.

Address: 3301 Great Northern Ave., # 203, Missoula, MT 59808; and 2049 Cent

Telephone number(s): (406) 541-4440 and (310) 312-4280

Email(s): dave@mcleanlawmt.com; cweir@manatt.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Kalispell Regional Medical Center, Inc.

Name(s) of counsel (if any):

Gary M. Zadick, James R. Zadick, UGRIN ALEXANDER ZADICK, PC

Address: P.O. Box 1746, Great Falls, MT 59403

Telephone number(s): (406) 771-0007

Email(s): gmz@uazh.com; jrz@uazh.com

Name(s) of party/parties:

Magellan Resource Partners, LLC (a/k/a/ "MedEquity," "MedEquity, Inc." and "MedEquity Corp."), and MedEquity Corporation

Name(s) of counsel (if any):

Sean P. Bracken, BRACKEN LAW FIRM, PLLC, and
Julie A. Shepard, JENNER & BLOCK LLP

Address: 650 Colorado Gulch, Missoula, MT 59808, and 515 S. Flower Street, Su

Telephone number(s): (406) 493-1249 and (213) 2329-5100

Email(s): sean@brackenlegal.com; JShepard@jenner.com

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                         2                              New 12/01/2018