IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KODIAK BLAINE, DOUGLAS DARKO, CHRISTOPHER FLOWER, REYNOLDS HERTEL, KAREN LAPPI, APRIL POSEY, TERRI SEARSDODD, EDWARD NELSON, JON L. WILLIAMS, and EMILY HARO individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>    v.<br><br>BENEFIS HEALTH SYSTEM, INC., BENEFIS HOSPITALS, INC., BENEFIS MEDICAL GROUP, INC., KALISPELL REGIONAL MEDICAL CENTER, INC., MAGELLAN RESOURCE PARTNERS, LLC (a/k/a "MEDEQUITY," "MEDEQUITY, INC. AND "MEDEQUITY CORP.") and DOES 1-50,<br><br>            Defendants. | Cause No.<br>CV-21-92-GF-BMM-JTJ<br><br>**ORDER** |

Base upon the Motion of Defendant Kalispell Regional Medical Center,

IT IS HEREBY ORDERED that Kalispell Regional Medical Center may

attend the January 9, 2023 Motion Hearing via Zoom. Defense Counsel will

contact the Clerk of Court for the Zoom link.

DATED this 5th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court